**Order entered August 2, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00741-CV

### COCKERELL DERMATOPATHOLOGY, P.A., Appellant

### V.

### MEDICAL BILLING SERVICES, INC. D/B/A ORION MBS: ORION HEALTHCORP INC.; JOSEPH A. SEALE; DALE BRINKMAN; ARVIND WALIA, AND RAVI SANKAR CHIVUKULA, Appellees

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-02365

## ORDER

Before the Court is Ravi Sankar Chivukula's August 1, 2017 agreed motion to extend time to file a brief. We **GRANT** the motion **to the extent** that we **ORDER** Mr. Chivukula's brief filed on or before **August 28, 2017**. *See* TEX. R. APP. P. 4.1(a); 38.6(a).

/s/      CAROLYN WRIGHT
CHIEF JUSTICE